914 A.2d 837

IN THE MATTER OF JOSEPH FERNANDO MARIN, AN ATTORNEY AT LAW (ATTORNEY NO. 033671989).

January 26, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–06–277, concluding that **JOSEPH FERNANDO MARIN** of **LYNDHURST**, who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.7 (conflict of interest), *RPC* 5.3(a) and (b) (failure to supervise non-lawyer assistants), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JOSEPH FERNANDO MARIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.